**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 08-20458-CIV-HUCK/O'SULLIVAN**

ADRIANA PARAMO and
ABRAHAM CASALLAS,

Plaintiffs,

vs.

IMICO BRICKELL, LLC, a Delaware limited liability company, FORTUNE DEVELOPMENT CORP., a Florida corporation; FORTUNE DEVELOPMENT SALES CORPORATION, a Florida corporation, ROYAL TITLE & ESCROW COMPANY, INC., a Florida corporation, GARY BARNETT, MARC KWESTEL, EDGARDO DEFORTURA, MOSHE SPITZER, and HENRY TERECH,

Defendants.
_______________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS ROYAL TITLE & ESCROW COMPANY, INC, FORTUNE DEVELOPMENT CORP., FORTUNE DEVELOPMENT SALES CORPORATION, AND EDGARDO DEFORTURA**

THIS MATTER came before the Court upon Plaintiffs' Motion to Amend (D.E. #56) and Motion for an Enlargement of Time (D.E. #55), both filed August 18, 2008. This Court held a hearing on these motions at which Plaintiffs agreed to voluntarily dismiss Defendant Royal Title & Escrow Company, Inc. Plaintiffs also informed this Court, at this Court's questioning, that neither Fortune Development Corp., Fortune Development Sales Corporation, nor Edgardo Defortuna have been served in this action, although being added as defendants over four months ago. Plaintiffs offered no reason, other than Plaintiffs own lack of diligence, as to why these defendants were not yet served in this matter. Additionally, Plaintiff's request for an extension of the 120-day service period came only after this Court questioned Plaintiffs about the their complete lack of service on these defendants.

Trial in this matter is set for October 14, 2008. Several important pretrial deadlines have

passed, including the completion of discovery, filing of dispositive motions, exchanging of expert reports, and listing of witnesses. At this late stage, allowing Plaintiffs to just now begin the process of serving of these defendants would waste valuable time and resources. Accordingly, as Plaintiffs are unable to show good cause for failing to serve Fortune Development Corp., Fortune Development Sales Corporation, and Edgardo Defortuna , and having considered whether a permissive extension of time is warranted under the facts of this case, it is hereby

ORDERED that this cause is DISMISSED WITHOUT PREJUDICE as to Defendants Royal Title & Escrow Company, Inc, Fortune Development Corp., Fortune Development Sales Corporation, and Edgardo Defortuna. The Court directs the Clerk of the Court to restyle the caption to read:

ADRIANA PARAMO and
ABRAHAM CASALLAS,

Plaintiffs,

vs.

IMICO BRICKELL, LLC, a Delaware limited liability company, GARY BARNETT, MARC KWESTEL, MOSHE SPITZER, and HENRY TERECH,

Defendants.

DONE and ORDERED in Chambers at Miami, Florida this August 26, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record