UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-20458-CIV-HUCK/O'SULLIVAN

ADRIANA PARAMO and
ABRAHAM CASALLAS,

    Plaintiffs,
vs.

IMICO BRICKELL, LLC, et al.,

    Defendants.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Plaintiff's Objections to the Report and Recommendation of the Honorable John O'Sullivan, United States Magistrate Judge, filed April 20, 2009. Magistrate Judge O'Sullivan's Report and Recommendation addressed Defendants' Motion for Attorney's Fees and Costs, wherein he recommended that Defendant be awarded attorney's fees in the amount of $22,684.00. The Court held a hearing on the Plaintiff's objection on May 6, 2009.

Having reviewed *de novo* Plaintiff's objections, the Report and Recommendation, the record, and being otherwise duly advised, this Court agrees with Judge O'Sullivan's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Report and Recommendation of Magistrate Judge O'Sullivan be RATIFIED, AFFIRMED, and made the Order of the District Court. The Defendant's Motion for Attorney's Fees and Costs is GRANTED and the Defendants are awarded the amount of $22,684.00. However, as indicated at the hearing, a judgment will not be entered at this time.

DONE in Chambers, Miami, Florida, this May 8, 2009.

                                  Paul C. Huck
                                  United States District Judge

Copies furnished to:
Magistrate Judge John O'Sullivan
Counsel of Record